UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY R. POWELL, | : |
| Petitioner | : CIVIL ACTION NO. 1:CV-00-2180 |
| v. | : |
| ROBERT SHANNON, et al., | : (Judge Rambo) |
| Respondents | : |

FILED
HARRISBURG, PA

AUG 20 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

**NOW, THIS** 20th **DAY OF AUGUST, 2001,** for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner is granted twenty (20) days from the date of this Order to show cause as to why his petition should not be dismissed as untimely.

SYLVIA H. RAMBO
United States District Judge

Dated: August 20, 2001.

-7-

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 20, 2001

Re:  1:00-cv-02180    Powell v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

Terry R. Powell CT-9673
Mahanoy State Correctional Inst.
301 Morea Rd.
Frackville, PA  17931

Andrea F. McKenna, Esq.
Office of the Attorney General
Strawberry Sq. 16th Floor
Harrisburg, PA  17120    Fax No.: 717-787-6346

Adams County District Attorney's Office
Courthouse
111-117 Baltimore Street
Gettysburg, PA  17325

```
cc:
Judge                         (X )           (X ) Pro Se Law Clerk
Magistrate Judge              ( )            ( ) INS
U.S. Marshal                  ( )            ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )    PA Atty Gen ( )
                                       DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 20th, 2001            BY: _____
                                        Deputy Clerk