IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRY R. POWELL,

    Petitioner

v.

ROBERT SHANNON, et al.,

    Respondents

CIVIL ACTION NO. 1:CV-00-2180

(Judge Rambo)

FILED
HARRISBURG, PA
AUG 21 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

AND NOW, THEREFORE, THIS 21st DAY OF AUGUST, 2001, IT IS HEREBY ORDERED THAT:

1. The petition for writ of habeas corpus is dismissed pursuant to 28 U.S.C. § 2244(d)(1)(A).

2. Clerk of Court is directed to close the case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 21, 2001

Re:  1:00-cv-02180   Powell v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

        Terry R. Powell CT-9673
        Mahanoy State Correctional Inst.
        301 Morea Rd.
        Frackville, PA  17931

        Andrea F. McKenna, Esq.
        Office of the Attorney General
        Strawberry Sq. 16th Floor
        Harrisburg, PA  17120   Fax No.: 717-787-6346

        Adams County District Attorney's Office
        Courthouse
        111-117 Baltimore Street
        Gettysburg, PA  17325

```
cc:
Judge                          (X )           (X ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (X )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen  ( )
                                       DA of County  ( )   Respondents  ( )

Bankruptcy Court               ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 21st, 2001                    BY: _____
                                               Deputy Clerk

Case 1:00-cv-02180-SHR-KH   Document 14   Filed 08/21/2001   Page 3 of 3