(15)
8/29/01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY R. POWELL,** | : | CIVIL ACTION NO. 1:CV-00-2180 |
| Petitioner | : | |
| v. | : | |
| **ROBERT SHANNON, et al.,** | : | (Judge Rambo) |
| Respondents | : | |

FILED
HARRISBURG, PA
AUG 2 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### O R D E R

**IT IS HEREBY ORDERED THAT** this court's memorandum and order (Docs. 11 and 12) dated August 20, 2001, are vacated from the captioned action. The case was terminated pursuant to Court order (Doc. 14) dated August 21, 2001.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

```
            UNITED STATES DISTRICT COURT
                     FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *


Re:  1:00-cv-02180    Powell v. Shannon


True and correct copies of the attached were mailed by the clerk
to the following:


    Terry R. Powell CT-9673
    Mahanoy State Correctional Inst.
    301 Morea Rd.
    Frackville, PA  17931

    Andrea F. McKenna, Esq.
    Office of the Attorney General
    Strawberry Sq. 16th Floor
    Harrisburg, PA  17120    Fax No.: 717-787-6346

    Adams County District Attorney's Office
    Courthouse
    111-117 Baltimore Street
    Gettysburg, PA  17325
```

```
cc:
Judge                       (X)           (X) Pro Se Law Clerk
Magistrate Judge            ( )           ( ) INS
U.S. Marshal                ( )           ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Bankruptcy Court            ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 29th, 2001               BY: /s/ *signature*
                                          Deputy Clerk